# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

D.C.

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-1055

_____

September 20, 2023

Appeal from the Circuit Court for Hillsborough County; Lisa D. Campbell, Judge.

Jonathan E. Hackworth of Hackworth Law, PA, Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee; and Julie M. Zolty of Gray Robinson, P.A., Orlando, for Appellee Statewide Guardian ad Litem Office.

PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.